Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of California

_____ Division

*FILED*

FEB 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Case No. **C20-1510** CRB

*(to be filled in by the Clerk's Office)*

Ernie Winslow
Michelle Bustamante

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

The City of Oakland

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

ADR

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ernie Winslow & Michelle Bustamante

Address: mailing: 4799 Shattuck Ave    mailing: 1942 47th Ave #B
Oakland CA 94609    Oakland CA
(Homeless)    (Homeless)

| | City | State | Zip Code |
|---|---|---|---|

County: Alameda

Telephone Number: 510.288.2216    510.467.2671

E-Mail Address:    meb4you82@gmail.c

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: The City of Oakland

Job or Title (if known): A subdivision of the State of CA

Address: 1 Frank Ogawa Plaza
Oakland    CA    94612

| | City | State | Zip Code |
|---|---|---|---|

County: Alameda

Telephone Number: 510.238.3601

E-Mail Address (if known):

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

Name: Libby Schaaf

Job or Title (if known): Mayor

Address: 1 Frank Ogawa Plaza
Oaklan    CA    94612

| | City | State | Zip Code |
|---|---|---|---|

County: Alameda

Telephone Number:

E-Mail Address (if known): LSchaaf@oaklandnet.com

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name *Joe DeVries*
Job or Title *(if known)* *Asst. to City Administrator*
Address *1 Frank Ogawa Plaza*
*Oakland*          *CA*          *94612*
                    City          State          Zip Code

County *Alameda*
Telephone Number *510.238.3083*
E-Mail Address *(if known)* *jdevries@oaknet.com*

☐ Individual capacity  ☑ Official capacity

Defendant No. 4
Name *Oakland Police Dept 9rt's agents*
Job or Title *(if known)*
Address *455 7th st*
*Oakland*          *CA*          *94607*
                    City          State          Zip Code

County *Alameda*
Telephone Number *510.777.3333*
E-Mail Address *(if known)*

☐ Individual capacity  ☑ Official capacity

*Defendant No 5: Dept of Public Works 510.444.2489, official capacity,*
*250 Frank Ogawa Plaza, Oakland CA 94612.*

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*4th Amendment, 8th Amendment, 14th Amendment.*

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The City of Oakland & its listed departments & agents acted under color of law by unlawfully evicting us from private property not in their jurisdiction. Further, they are using their power in an abusive way. They are not acting as public servants ~~they are using their power & privelege~~ to violate our rights & protections repeatedly by not following their own policies.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Oakland CA

B.   What date and approximate time did the events giving rise to your claim(s) occur?

From 2013 — Feb. 27, 2020. We are scheduled for more trauma, property loss & Constitutional violations March 3, 2020

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- Evicted from 50th & Collisium 2014; no shelter offered; no bag & tag.
- Evicted from Collisum Way & Independent 2015, no shelter offered & no bag & tag; ~~prpper~~
- evicted from TIDEWATER 2016; no shelter offered, no bag & tag.
- evicted from 42nd & Leandro 2017, no shelter offered, no bag & tag. & 50th & Collisium 2017.
- evicted from 37th & E8th ~~(off)~~ July 2019, no shelter offered, no bag & tag
- evicted from private lot on E8th & Alameda Ave Feb 2020, no shelter offered & no bag & tag

(left margin, vertical) — pending eviction March 3 2020 no shelter offered, no bag & tag

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. *to follow policy & the failure*

These evictions are cruel & unusual. They cause us depression, trauma & stress. They cause us deeper instability financially & mentally & emotionally each time. We loose vehicles we live in, store belongings in & materials we use to make ends meet. We loose countless personal property including money, medication and family photos. The July 2019 eviction was extremely embarrassing & violated our privacy because the city used the media on us for one week. Everyone learned we were homeless, where we were homeless & where we were moved to.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Short term - I need a temporary restraining order from the city & it's agents until they can offer me an adequate & safe location for me & my boyfriend to gain our stability. Where do we go? Where can we park and not be shuffled around?

long term- I need the city to help me secure permanent affordable housing & a stable (job & job training so I can maintain & keep the permanent housing they will find me.

I need compensation for the property I have lost - some like photos that can never be replaced; for the emotional & mental pain & suffering I have endured; for the physical . . . . damages their actions have caused

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        2.28.20      2.28-20

Signature of Plaintiff        _____

Printed Name of Plaintiff        Michelle Bothwone        ERNIE Wirba

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Address        _____

_____        _____
                City        State        Zip Code

Telephone Number        _____

E-mail Address        _____