IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE WINSLOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 20-cv-01510-CRB <br><br> **ORDER TO SHOW CAUSE** |

  On February 28, 2020, Ernie Winslow and Michelle Bostamonte, who were experiencing homelessness and residing at the High Street encampment in Oakland, sued the City of Oakland, the Oakland Department of Public Works, the Oakland Police Department, Oakland Mayor Libby Schaaf, Oakland's Assistant to the City Administrator Joe DeVries, and ten Doe defendants. See Motion for TRO (dkt. 5). Plaintiffs sought a Temporary Restraining Order enjoining Defendants from removing them and their property, "or taking any such action without following Defendants' own stated polices governing the removal of encampments." See Order granting TRO (dkt. 11) at 1. The Court ordered that the City could clean and clear the High Street encampment, but only if it complied with its stated policies. Id. at 8. On March 17, 2020, the Court dissolved the TRO after Defendants represented that they had closed the High Street encampment and complied with their policies while doing so. See Order Dissolving TRO (dkt. 15) at 1.

  Defendants have now moved to dismiss the case for lack of jurisdiction, arguing that Plaintiffs' "allegations about what might occur at the City's February-March intervention at the High Street encampment, and the validity of the City's related policy and procedures as used in that intervention, are now . . . moot." Motion to Dismiss (dkt.

24) at 2. Under Civil Local Rule 7-3(a), Plaintiffs' opposition was due October 30, 2020. Plaintiffs have not filed an opposition.

The Court hereby orders Plaintiffs to show cause why their case should not be dismissed as moot and for failure to prosecute. Plaintiffs' response is due on or before Monday, November 23, 2020. The hearing on Defendants' Motion to Dismiss is vacated and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: November 9, 2020



CHARLES R. BREYER
United States District Judge